IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 98-10230
Summary Calendar

_____

CURTIS JACKSON, JR.,

Plaintiff-Appellant,

versus

YAN TROKEL; LEW STERRETT JUSTICE
CENTER MEDICAL DEPARTMENT,

Defendant-Appellee.

_____

Appeal from the United States District Court for the
Northern District of Texas
USDC No. 3:97-CV-2922-R

_____

October 27, 1998

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

Curtis Jackson, Jr., Texas state prisoner #97004495, appeals from the district court's dismissal of his civil rights suit brought pursuant to 42 U.S.C. § 1983. Jackson argues, as he did for the first time in his objections to the magistrate judge's report and recommendation, that the defendants were deliberately indifferent to his serious medical needs. We have reviewed the record and find no abuse of discretion by the district court. See United States v. Riascos, 76 F.3d 93, 94 (5th Cir. 1996).

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

A F F I R M E D.